762

*trice Rosenberg* for respondent.

No. 1022. DZAN *v.* RAGEN, WARDEN. June 5, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 1023. GREEN *v.* MISSOURI. June 5, 1944. Petition for writ of certiorari to the Supreme Court of Missouri denied.

No. 1035. DIEHL *v.* NIERSTHEIMER, WARDEN. June 5, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 1042. PEARSON *v.* HEINZE, WARDEN, ET AL. June 5, 1944. Petition for writ of certiorari to the Supreme Court of California denied.

No. 1049. LAZAR *v.* RAGEN, WARDEN. June 5, 1944. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 1002. BRACEY *v.* UNITED STATES. June 5, 1944. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. James J. Laughlin* for petitioner.